UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| BELINDA FAY ANDREWS | ) | BANKRUPTCY CASE NUMBER 09-11434 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

    CLAIM # 6    NCICA    $ 3.38
    408 South Gallatin Street
    Marion, Indiana   46853

    **TOTAL:**    **$ 3.38**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of September, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

    _____/s/ Yvette Gaff Kleven_____
    Yvette Gaff Kleven